IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

07 - MC - 0023

Miscellaneous Action No. _____

**(The above miscellaneous action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

ROBERT CHARLES HOPES, JR.,

        Petitioner, named as Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE, and
FEDERAL BUREAU OF PRISONS,

        Respondents, named as Defendants.

F I L E D
UNITED STATES DISTRICT COURT
┌┌┌┌┌┌ COLORADO

FEB 2 3 2007

GREGORY C. LANGHAM
CLERK

_____

ORDER DIRECTING CLERK TO COMMENCE MISCELLANEOUS ACTION,
DIRECTING PETITIONER TO CURE DEFICIENCY,
GRANTING MOTION TO PETITION, AND
DIRECTING PETITIONER TO FILE AMENDED PETITION

_____

Petitioner Charles Hopes, Jr., named as Plaintiff, has submitted a motion to

petition the Court.  The Court has determined that the document is deficient as

described in this order.  Notwithstanding the deficiency, the clerk of the Court will be

directed to commence a civil action.  Petitioner will be directed to cure the following

deficiency if he wishes to pursue his claims by filing a Prisoner's Motion and Affidavit to

Proceed Pursuant to 28 U.S.C. § 1915.  Any papers that Petitioner files in response to

this order must include the miscellaneous action number on this order.

Mr. Hopes asks the Court to require Respondents, named as Defendants, to

produce certain documents and information.  He contends that he needs the

information for a civil action 07-101-DRH he already has initiated in the United States

District Court for the Southern District of Illinois.  He also alleges that he needs the information for the lawsuit he plans to file in this Court.

Because Mr. Hopes is proceeding **pro se**, the motion will be construed liberally. **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).  Prior to bringing an action, Fed. R. Civ. P. 27 allows a person to petition a court "to perpetuate testimony regarding any matter that may be cognizable in any court of the United States." Fed. R. Civ. P. 27(a)(1).  Relief under Rule 27 is available "[i]f the court is satisfied that the perpetuation of the testimony may prevent a failure or delay of justice." Fed. R. Civ. P. 27(a)(3).  The motion to petition the Court will be granted at this time.  However, Mr. Hopes will be directed to file an amended petition.  The Court will revisit this ruling once Mr. Hopes files the amended petition.

Rule 27(a)(1) lists five requirements for a properly supported petition.  Even construing Mr. Hopes' motion liberally, he has not satisfied all five requirements. Because Mr. Hopes has failed to satisfy the requirements for a properly supported petition, the Court is unable to determine whether Mr. Hopes is entitled to relief under Fed. R. Civ. P. 27(a).  However, rather than dismiss this action at this time, Mr. Hopes will be allowed to file an amended petition that conforms to the five requirements of Fed. R. Civ. P. 27(a).  Accordingly, it is

ORDERED that the clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Petitioner cure the deficiency designated above **within thirty (30) days from the date of this order**.  Any papers that Petitioner files in response to this order must include the civil action number on the order.  It is

FURTHER ORDERED that the clerk of the Court mail to Petitioner, together with a copy of this order, two copies of the following forms:  Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  It is

FURTHER ORDERED that the motion to petition the Court is granted at this time.  It is

FURTHER ORDERED that Respondents preserve the information Petitioner seeks.  It is

FURTHER ORDERED that the clerk of the Court mail a copy of Petitioner's motion to petition and a copy of this order to Respondents.  It is

FURTHER ORDERED that Mr. Hopes filed **within thirty days from the date of this order** an amended petition that conforms to the requirements of Fed. R. Civ. P. 27(a).  It is

FURTHER ORDERED that the amended petition shall be titled, "Amended Petition Pursuant to Fed. R. Civ. P. 27(a)," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589, **within thirty days from the date of this order.**  It is

FURTHER ORDERED that, if Mr. Hopes fails to cure the designated deficiency and to file an amended petition that conforms to Fed. R. Civ. P. 27(a) **within thirty days from the date of this order**, this action will be dismissed and the Court will

vacate the order granting the petition pursuant to Fed. R. Civ. P. 27.

DATED at Denver, Colorado, this 22<sup>d</sup> day of February, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-MC-0023

Robert Charles Hopes, Jr.
Prisoner No. 04249-180
ADX - Florence
PO Box 8500
Florence, CO 81226

Harley G. Lappin, Director- CERTIFIED
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

Director - CERTIFIED
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

        I hereby certify that I have mailed a copy of the **ORDER and two copies of
Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915,
and a copy of the letter to Respondents** to the above-named individuals on 2/23/07    .


                                                GREGORY C. LANGHAM, CLERK


                                        By:_____
                                                        Deputy Clerk