IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Action No. 07-mc-00023-BNB

ROBERT CHARLES HOPES, JR.,

  Petitioner, named as Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE, and
FEDERAL BUREAU OF PRISONS,

  Respondents, named as Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2007

GREGORY C. LANGHAM
                CLERK

---

ORDER AND JUDGMENT OF DISMISSAL

---

Petitioner Charles Hopes, Jr., named as Plaintiff, submitted to the Court *pro se* a motion to petition the Court. Because Mr. Hopes is proceeding *pro se*, the motion to petition the Court was construed liberally. **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). In the motion to petition the Court, Mr. Hopes asked the Court to require Respondents, named as Defendants, to produce certain documents and information. He contended that he needed the information for Civil Action No. 07-cv-00101-DRH he already had initiated in the United States District Court for the Southern District of Illinois. He also alleged that he needed the information for the lawsuit he planned to file in this Court.

The Court determined that the motion to petition the Court was deficient. Notwithstanding the deficiency, the clerk of the Court was directed to commence a civil action. Petitioner was directed to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boyd N. Boland on February 23, 2007, ordered

Mr. Hopes to file within thirty days a Prisoner's Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915 and an amended petition that complied with Rule 27 of the Federal Rules of Civil Procedure, granted the motion to petition the Court, and informed Mr. Hopes that the Court would revisit this ruling once Mr. Hopes filed the amended petition.

On March 21, 2007, Mr. Hopes filed as requested the amended petition and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. He also filed a Prisoner Complaint, a letter to the clerk of the Court, and a motion titled "Motion to file Amended Petition and Motion to Cure Deficiency. Amended petition enclosed."

Prior to bringing an action, Rule 27 of the Federal Rules of Civil Procedure allows a person to petition a court "to perpetuate testimony regarding any matter that may be cognizable in any court of the United States." Fed. R. Civ. P. 27(a)(1). Relief under Rule 27 is available "[i]f the court is satisfied that the perpetuation of the testimony may prevent a failure or delay of justice." Fed. R. Civ. P. 27(a)(3).

Rule 27(a)(1) lists five requirements for a properly supported petition. Even construing Mr. Hopes' amended motion liberally, he has not satisfied all five requirements. Because Mr. Hopes has failed to satisfy the requirements for a properly supported petition, the Court is unable to determine whether Mr. Hopes is entitled to relief under Fed. R. Civ. P. 27(a). Therefore, the amended petition and the action will be dismissed for Mr. Hopes' failure to file an amended petition that conforms to the five requirements of Fed. R. Civ. P. 27(a). The Court will not consider the Prisoner Complaint, and will dismiss it without prejudice. If Mr. Hopes wishes to pursue his

claims in a civil lawsuit, he may do so by initiating a separate lawsuit in the district court. Accordingly, it is

ORDERED that the amended petition and the action are dismissed for Mr. Hope's failure to file an amended petition that conforms to the five requirements of Rule 27(a) of the Federal Rules of Civil Procedure. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is denied as moot. It is

FURTHER ORDERED that the Prisoner Complaint is dismissed without prejudice. It is

FURTHER ORDERED that the motion titled "Motion to file Amended Petition and Motion to Cure Deficiency. Amended petition enclosed" is denied as unnecessary. It is

FURTHER ORDERED that judgment is entered in favor of the Respondents, named as Defendants, and against the Petitioner, named as Plaintiff.

DATED at Denver, Colorado, this 28 day of March, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  07-mc-00023-BNB

Robert Charles Hopes, Jr.
Prisoner No. 04249-180
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/29/07 .

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk